# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

EDWARD B.,

      **Plaintiff,**

  v.                                  Civil Action 2:24-cv-4171
                                       Magistrate Judge Chelsey M. Vascura

COMMISSIONER OF SOCIAL
SECURITY,

      **Defendant.**

## ORDER

This cause coming before the Court on the joint motion of the parties, due notice having been given, and the Court being fully advised,

    IT IS THEREFORE ORDERED THAT:

1. The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act is accepted and Plaintiff is awarded attorney fees in the amount of $1,275.00 and costs in the amount of $00.00, for a total award of $1.275.00. The fee of $1.275.00 shall be paid from the appropriate SSA fund for this purpose.

2. Counsel for the parties shall verify whether or not Plaintiff owes any preexisting debt subject to offset, consistent with *Astrue v. Ratliff,* 130 S.Ct. 2521, 560 U.S. 586 (2010) and 31 U.S.C. §§ 3701(b), 3711, 3716. If no such pre-existing debt exists, Defendant shall pay the EAJA fees award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff; and

3. The case remains terminated on the docket of this Court.

    **IT IS SO ORDERED.**

                                             /s/ *Chelsey M. Vascura*
                                             CHELSEY M. VASCURA
                                             UNITED STATES MAGISTRATE JUDGE